IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–03164–MSK–KMT

CARRIE MATLOCK,

    Plaintiff,

v.

DENVER HEALTH AND HOSPITAL AUTHORITY,
CROTHALL HEALTHCARE, INC.,
JONATHAN PORZONDEK, and
GIOVANNI LORIA,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion to Modify the Scheduling Order to Extend the Deadline to Amend Pleadings" (Doc. No. 19, filed Apr. 29, 2013) is DENIED without prejudice. The court finds the better practice is for Plaintiff to seek leave to amend the Scheduling Order—either contemporaneously with, or as part of, a motion to amend the complaint under Fed. R. Civ. P. 15(a)—upon <u>receipt</u> of a right-to-sue letter from the Colorado Civil Rights Division. *Cf. Pumpco, Inc. v. Schenker Int'l, Inc.,* 204 F.R.D. 667, 669 (D. Colo. 2001) ("The fact that a party first learns, through discovery or disclosures, information necessary for the assertion of a claim *after* the deadline to amend established in the scheduling order has expired constitutes good cause to extend that deadline.") (emphasis added).

Dated: May 9, 2013